1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   ACADIA L. SENESE (CABN 251287)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
7     Telephone: (415) 436-6809
      Fax: (415) 436-7234
8     Email: Acadia.Senese@usdoj.gov

9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,          )   Case No. CR 12-0424 NC
                                      )
        Plaintiff,                    )
                                      )   MOTION AND [PROPOSED] ORDER TO
        v.                            )   DISMISS INFORMATION
                                      )
   DARREN M. MCCAULEY,                )
                                      )
        Defendant.                    )
   _____)

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant Darren M. McCauley without prejudice.

   DATED: August 27, 2012              Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                              /s/
                                       _____
                                       ACADIA L. SENESE
                                       Special Assistant United States Attorney

   MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION
   Case No. CR 12-0424 NC

1
2  Leave of court is granted to file the foregoing dismissal without prejudice.
3
4  DATED: __August 28, 2012_____
5                                          ELIZABETH D. _____
                                            United
6
7                                           *IT IS SO ORDERED*
                                            *Judge Elizabeth D. Laporte*
8

MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION
Case No. CR 12-0424 NC